UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK JUNIOR TATUM,

    Defendant.
_____/

File No. 1:10-CR-160

HON. ROBERT HOLMES BELL

## **O R D E R**

This matter is before the Court on Defendant Frank Junior Tatum's motion for order permitting counsel to withdraw and for continuance of pretrial and trial proceedings. (Dkt. No. 27.) In support of the motion Defense counsel represented that his inability to gain Defendant Tatum's cooperation has interfered with his ability to effectively represent Defendant at trial.

At the final pretrial conference on August 19, 2010, Defendant failed to present any valid reason for his failure to cooperate with counsel. The Court finds no good cause for granting the relief requested. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Frank Junior Tatum's motion for order permitting counsel to withdraw and for continuance of pretrial and trial proceedings (Dkt. No. 27) is **DENIED**.

Dated: August 19, 2010

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE